UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM G. MOORE,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

CASE NO. C11-5662
(CR95-5415BHS)

ORDER TRANSFERRING
CASE AS SUCCESSIVE
PETITION

This matter comes before the Court on Petitioner's Motion to Set Aside Sentence/Conviction Pursuant to 28 U.S.C. § 2255 (Dkt. 1). The Court has considered the motion and the remainder of the file and hereby transfers the motion to the United States Court of Appeals for the Ninth Circuit for the reasons stated herein.

On August 19, 2010, Petitioner filed a § 2255 motion, which the Court transferred to the Ninth Circuit as a successive petition. *See* Dkt. 248 (3:95-cr-05415-BHS). On November 17, 2010, and without permission of the Ninth Circuit, Petitioner filed yet another § 2255 motion in this case. Dkt. 1; *see also* Dkt. 250 (3:95-cr-05415-BHS). On August 19, 2011, Petitioner filed the instant and again successive § 2255 petition without permission of the Ninth Circuit.

ORDER - 1

1    Therefore, it is hereby **ORDERED** that this case is **TRANSFERRED** to the

2  United States Court of Appeals for the Ninth Circuit as a successive petition, and the

3  Clerk of Court shall enter a statistical termination of this case.

4         DATED this 31st day of August, 2011.

5

6    _____
     BENJAMIN H. SETTLE

7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER - 2